# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEPHEN KORSHAK and
ALMA KORSHAK,

      Plaintiffs,

v.                                                    Case No:   6:22-cv-146-GAP-LHP

FEDERAL INSURANCE
COMPANY,

      Defendant

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Resolution (Doc. 20), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further

proceedings.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 26, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties